# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTINO RICHARDS HAMILTON,,<br><br>Defendant. | Case No. 14-546-SJO<br><br>ORDER OF DETENTION |

## I.

The Court conducted a detention hearing:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving Choose an item.

☐ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Lack of bail resources
- ☒ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☒ Previous failures to appear for DMV violations in 2011 and 2012
- ☐ Ties to foreign countries
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Defendant's use of other identities

As to danger to the community:

- ☒ Nature of previous criminal fraud related conviction
- ☒ Allegations in present charging document re financial danger
- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☐ prior arrest for contempt of court and prior probation violation

V.

- ☐ The Court finds a serious risk that the defendant will
  - ☐ obstruct or attempt to obstruct justice.
  - ☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

VI.

The Court bases its conclusions on the following:

Defendant's criminal history includes convictions for multiple fraud related charges in 2006 for which defendant was sentenced to 7 years imprisonment. Defendant also failed to appear for DMV vehicle code violations in 2011 and 2012 and his driver's license is currently suspended. Moreover, because defendant did not agree to be interviewed by Pretrial Services, the Court has no information regarding the availability of bail resources and confirmation regarding background and ties to the community. Accordingly, the Court does not believe that Defendant is not likely to abide by any conditions of release to make future court appearances.

VII.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

1  The defendant will be afforded reasonable opportunity for private consultation
2  with counsel.  On order of a Court of the United States or on request of any
3  attorney for the Government, the person in charge of the corrections facility in
4  which defendant is confined will deliver the defendant to a United States Marshal
5  for the purpose of an appearance in connection with a court proceeding.
6  [18 U.S.C. § 3142(i)]

7
8  Dated: June 24, 2015                    _/s/_____
9                                          HON. ALKA SAGAR
                                           UNITED STATES MAGISTRATE JUDGE